# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MICHEL,<br><br>               Petitioner,<br><br>            v.<br><br>RAYMOND MADDEN, Warden,<br><br>               Respondent. | Case No. LACV 16-1010-MWF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: March 13, 2019

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE