JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MICHEL,<br><br>    Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. LACV 16-1010-MWF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 13, 2019

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE